```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
LATERAL RECOVERY, LLC et al.,                                   :
                                                                :
                        Plaintiffs,                             :
                                                                :         21-cv-9336 (LJL)
        -v-                                                     :
                                                                :         ORDER
CAPITAL MERCHANT SERVICES, LLC et al.,                          :
                                                                :
                        Defendants.                             :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/23/2022

LEWIS J. LIMAN, United States District Judge:

      Various defendants have filed, collectively, three motions to dismiss Plaintiffs' amended complaint.  *See* Dkt. No. 21, 24, 26.  This case raises questions of law—including those regarding RICO, state usury law, and the classification of agreements as loans or sales of future accounts receivables—similar to those recently considered by the Court in Fleetwood Services, LLC v. Ram Capital Funding, LLC, No. 20-cv-5120 (LJL) (S.D.N.Y.).  *See Fleetwood Services, LLC v. Ram Capital Funding, LLC*, 2021 WL 1987320 (S.D.N.Y. May 18, 2021); *Fleetwood Services, LLC v. Ram Capital Funding, LLC*, 2022 WL 1997207 (S.D.N.Y. June 6, 2022); *Fleetwood Services, LLC v. Ram Capital Funding, LLC*, 2022 WL 3536128 (S.D.N.Y. Aug. 17, 2022).  The parties are invited to submit letter briefs—each no more than four single-spaced pages—addressing what effect, if any, the Court's decisions in that case have on the pending motions in this case.  Such letter briefs shall be submitted to the Court by August 30, 2022.

      SO ORDERED.

Dated: August 23, 2022
       New York, New York

                                                        LEWIS J. LIMAN
                                                      United States District Judge