```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/30/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
LATERAL RECOVERY, LLC *et al.*,                               :
:
                  Plaintiffs,          :
:      21-cv-9336 (LJL)
      -v-                                                       :
:      ORDER
CAPITAL MERCHANT SERVICES, LLC *et al.*,    :
:
                  Defendants.          :
:
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Defendants have filed three separate motions to dismiss an amended complaint brought against them. Dkt. Nos. 21, 24, and 26.

    For the reasons stated in a forthcoming Opinion and Order, the motions to dismiss are GRANTED IN PART and DENIED IN PART. The Court grants the motions to dismiss on the common law fraud claims. The Court denies the motions to dismiss as to the RICO conspiracy claim and the substantive RICO claim.

    The Clerk of Court is respectfully directed to close Dkt. Nos. 21, 24, and 26.

    SO ORDERED.

Dated: September 30, 2022
       New York, New York              _____
                                                           LEWIS J. LIMAN
                                                 United States District Judge